UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SARA E. WINGET,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMMISSIONER SOCIAL SECURITY,<br><br>　　　　Defendant. | CASE NO. 1:24-CV-476-HAB-SLC |

## OPINION AND ORDER

On June 10, 2025, pursuant to Defendant's unopposed Motion to Remand (ECF No. 17), the Court reversed Defendant's decision denying Plaintiff Sara E. Winget ("Plaintiff") disability benefits and remanded the case to the Social Security Administration for further proceedings (ECF No. 18). Before the Court is Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 20). In it, Plaintiff requests $1,924.87 in attorney's fees and $405.00 for associated case costs. *Id.* The Defendant does not object to Plaintiff's request. The EAJA provides:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . . , including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A). Here, Plaintiff properly alleges that the position of the United States was not substantially justified. (ECF No. 20). Defendant neither contests the assertion nor objects to the award, which it agrees is in full satisfaction and settlement of any and all claims that may be payable to Plaintiff in this matter. (ECF No. 21).

Accordingly, the Court GRANTS Plaintiff's request. (ECF No. 20). It is ORDERED that Plaintiff be awarded $1,924.87 in fees and $405.00 in costs. The award, less any amount for a pre-existing debt subject to federal offset, *see Astrue v. Ratliff*, 560 U.S. 586, 596–98 (2010), shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and her counsel. (ECF No. 20-7). If payment is mailed rather than electronically deposited, payment shall be mailed to counsel's address of record: 2850 N. Meridian Street, Indianapolis, Indiana 46208.

**SO ORDERED** on October 16, 2025.

    s/*Holly A. Brady*
    CHIEF JUDGE HOLLY A. BRADY
    UNITED STATES DISTRICT COURT